FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00563-PHX-DJH (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 2113(a) (Bank Robbery) Counts 1 – 3 |
| Vanessa Thompson, Defendant. | 18 U.S.C. § 2113(a) (Attempted Bank Robbery) Count 4 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 20, 2024, in the District of Arizona, Defendant, VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 3402 W. Bell Road, Phoenix, Arizona 85053, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about May 18, 2024, in the District of Arizona, Defendant, VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 4402 E. Thomas Road, Phoenix, Arizona 85018, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3

On or about May 18, 2024, in the District of Arizona, Defendant, VANESSA THOMPSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Desert Financial Credit Union, located at 1245 E. Broadway Road, Tempe, Arizona 85282, the deposits of which were then federally insured by the National Credit Union Administration.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 4

On or about June 29, 2024, in the District of Arizona, Defendant, VANESSA THOMPSON, by force, violence, and intimidation, did attempt to take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 3495 W. Chandler Boulevard, Chandler, Arizona 85226, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

/ / /

/ / /

/ / /

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

*s/*
_____
FOREPERSON OF THE GRAND JURY
Date: May 26, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
_____
PATRICK E. CHAPMAN
Assistant U.S. Attorney